**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gary Lee MORRIS, Defendant–Appellant.**

**No. 02–50437.**

**D.C. No. CR–01–00641–NMM–01.**

United States Court of Appeals, Ninth Circuit.

Submitted July 10, 2003.*

Decided July 28, 2003.

---

1. A panel Order was filed on July 17, 2003, directing Appellant's release from custody.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before SILVERMAN, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

The district court did not commit plain error during its Rule 11 plea colloquy. The district court specifically inquired whether Morris was using any medications; extensively questioned Morris in order to evaluate his state of mind; and questioned Morris's counsel concerning Morris's ability to comprehend the proceedings. Morris also actively participated in the proceedings. As a result, Morris fails to raise a reasonable doubt regarding his mental competence to plead guilty. *See Miles v. Stainer,* 108 F.3d 1109, 1112 (9th Cir.1997).

Due to an insufficiently developed record, Morris's ineffective assistance of counsel claim is "inappropriate on direct appeal." *United States v. McKenna,* 327 F.3d 830, 845 (9th Cir.2003) (citation omitted).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

